IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DR. RUPA BALA,

           Plaintiff,

v.

OREGON HEALTH AND SCIENCE
UNIVERSITY, an Oregon public
corporation;
DR. CHARLES HENRIKSON, an
individual;
DR. JOAQUIN CIGARROA, an individual,

           Defendants.

No. 3:18-cv-00850-YY

ORDER

HERNÁNDEZ, District Judge,

On March 31, 2021, Magistrate Judge You issued a non-dispositive order (1) requiring Defendant to disclose to Plaintiff the documents they provided to the court for an *in camera* review; (2) denying Plaintiff's Motion to Compel [84]; (3) denying Plaintiff's Motion to Strike

1 - ORDER

[96]; (4) granting Defendants' Motion for Leave to File Overlength Brief [97]; (5) finding the Parties' informal March 30, 2021 motion regarding discovery issues fully resolved as set forth in her order; and (6) finding Plaintiff's Motion to Extend Discovery [39] fully resolved for the reasons set forth in her order, as well as in other rulings by the court. [ECF No. 101]. On April 22, 2021, Plaintiff filed objections to the Order [ECF No. 105]. The matter is now before the Court pursuant to Federal Rule of Civil Procedure 72(a).

In accordance with Rule 72(a), "[w]hen a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision." Fed. R. Civ. P. 72(a). The standard of review for an order with objections is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A) (applying the "clearly erroneous or contrary to law" standard of review for non-dispositive motions). If a ruling on a motion is not determinative of "a party's claim or defense," it is not dispositive and, therefore, is not subject to *de novo* review as are proposed findings and recommendations for dispositive motions under 28 U.S.C. § 636(b)(1)(B).

The Court has carefully considered Plaintiff's objections and concludes they do not provide a basis to modify the Magistrate Judge's Order.

//

//

//

//

//

//

## CONCLUSION

The Court AFFIRMS Magistrate Judge You's Order [ECF No. 101].

IT IS SO ORDERED.

DATED: June 18, 2021.

MARCO A. HERNÁNDEZ
United States District Judge

3 - ORDER