**MATTHEW C. ELLIS, OSB No. 075800**
matthew@employmentlawpdx.com
**Matthew C. Ellis, PC**
1500 SW 1st Avenue, Suite 1000
Portland, Oregon 97201
Telephone: 503/345-5407

**STEPHEN L. BRISCHETTO, OSB No. 781564**
slb@brischettolaw.com
1500 SW 1st Avenue, Suite 1000
Portland, Oregon 97201
Telephone:  503 223-5814

Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **DR. RUPA BALA**,<br><br>        Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AND SCIENCE UNIVERSITY, an Oregon public corporation; DR. CHARLES HENRIKSON, an individual; DR. JOAQUIN CIGARROA, an individual.**<br><br>        Defendants. | **CASE NO. 3:18-CV-00850-HZ**<br><br>**PLAINTIFF'S EXHIBIT LIST** |

| # | Date | Description | Joint/Preadmit | Off'd | Rec'd |
|---|---|---|---|---|---|
| 1 | Undated | OHSU Code of Conduct BALA000733-000769 (Dep ex. 11) | | | |
| 2 | Undated | EEOC Policy on Equal Opp OHSU_RB 000326-000330 (Dep Ex. 76) | | | |
| 3 | Undated | EEOC Policy on Equal Opp complaints OHSU_RB 000334-000337 (Dep Ex. 77) | | | |
| 4 | Undated | Ombudsman; purpose and scope (Dep Ex. 195) | | | |
| 5 | Undated | Staff Bylaws (Dep Ex. 231) | | | |

Page 1 – PLAINTIFF'S EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 6 | Undated (effective 1/1/09 | Policy: terminations and non-renewal of classified employees (Dep Ex. 208) | | | |
| 7 | 5/29/14 | Kaul letter regarding hiring Bala (Dep Ex. 191) | | | |
| 8 | 6/20/14 | Parmacek Letter of Recommendation for Bala to Kaul (Dep Ex. 192) | | | |
| 9 | 7/22/14 | Signed Offer letter OHSU_RB 000020-000023 (Dep Ex. 6) | | | |
| 10 | 8/24/14 | Employment Agreement with OHSU OHSU_RB 000050-000073 (Dep Ex. 7) | | | |
| 11 | 2/7/15 | Email with Bala and Henrikson; OHSU_RB 001913-001914 (Dep Ex. 33) | | | |
| 12 | 4/8/15 | Email re provisional appt for Bala OSHU_RB 002186-002187 (Dep Ex. 162) | | | |
| 13 | 5/4/15 | U Penn Faculty Evaluations OHSU_RB 001524-001531 (Dep Ex. 23) | | | |
| 14 | 5/4/15 | Email re double booking EPs OHSU_RB 02208-002209 (Dep Ex. 176) | | | |
| 15 | 5/8/15 | Email re changes to cath lab OHSU_RB 001662 (Dep Ex. 177) | | | |
| 16 | 7/14/15 | Email re sheath protocols OHSU_RB 001832-001833 (Dep Ex. 178) | | | |
| 17 | 8/10/15 | Email re sheath protocols OHSU_RB 001683-001684 (Dep Ex. 163) | | | |
| 18 | 8/19/15 | Email re communication, BALA 00214-00215 (Dep Ex. 21, 36) | | | |
| 19 | 8/19/15 | Email re anesthesia scheduling OHSU_RB 002118 (Dep Ex. 34) | | | |
| 20 | 8/19/15 | Email re concerns re anesthesia and heparin OHSU_RB 001505-001506 (Dep Ex. 37) | | | |
| 21 | 8/20/15 | Email re sheath protocol OHSU_RB 002169-002170 (Dep Ex. 38) | | | |
| 22 | 9/15/15 | Email re teaching Lidjia OHSU_RB 000756-000757 (Dep Ex. 166) | | | |
| 23 | 9/17/15 | Email re professionalism OHSU_RB 001698 (Dep Ex. 164) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 24 | 9/17/15 | Email re professionalism OHSU_RB 000104-000105 (Dep Ex. 167) | | | |
| 25 | 9/18/15 | Email from JC to SK, CH and AC w meeting summary of RB OHSU_RB 001696-001697 (Dep Ex. 165) | | | |
| 26 | 9/22/15 | Email re case getting bumped bc of no cardiac anesthesia OHSU_RB 001675-001677 (Dep Ex. 40) | | | |
| 27 | 10/2015 | Strahm notes of meeting w Henrikson re Bala OHSU_RB 000786-000787 (Dep Ex. 80, 181) | | | |
| 28 | 10/2/15 | Email re PEP OHSU_RB 001879-001880 (Dep Ex. 79) | | | |
| 29 | 10/5/15 | Email re probation OHSU_RB 001876 (Dep Ex. 169) | | | |
| 30 | 10/6/15 | Email from Kaul re PEP OHSU_RB 001874-001875 (Dep Ex. 78) | | | |
| 31 | 10/7/15 | Draft PEP OHSU_RB 001871-001873 (Dep Ex. 81) | | | |
| 32 | 10/9/15 | OHSU_RB 000100-000101 (Dep Ex. 82) | | | |
| 33 | 10/21/15 | Bala email re Lydia BALA 00196-00198 (Dep Ex. 14, 193) | | | |
| 34 | 11/1/15 | Response to PEP; OHSU_RB 001960-001985 (Dep Ex. 83, 15) | | | |
| 35 | 11/2/15 | Emails re response to PEP OHSU_RB 002076-002077 (Dep Ex. 84) | | | |
| 36 | 11/11/15 | Email re good work on case OHSU_RB 000806 (Dep Ex. 51) | | | |
| 37 | 11/12/15 | Kirsch Email blast OHSU_RB 001952-001953 (Dep Ex. 13) | | | |
| 38 | 11/12/15 | Email 1 re Kirsch email blast OHSU_RB 001958-001959 (Dep Ex. 42) | | | |
| 39 | 11/12/15 | Email 2 re Kirsch email blast OHSU_RB 001863-001865 (Dep Ex. 44) | | | |
| 40 | 11/12/15 | Email 3 re Kirsch email blast OHSU_RB 002062-002064 (Dep Ex. 47) | | | |
| 41 | 11/12/15 | Email 4 re Kirsch email blast OHSU_RB 001469 (Dep Ex. 48) | | | |

Page 3 – PLAINTIFF'S EXHIBIT LIST

MATTHEW C ELLIS, PC
1500 SW First Avenue, Ste 1000
Portland, Oregon 97201
Telephone: (503) 345-5497

| | | | | | |
|---|---|---|---|---|---|
| 42 | 11/12/15 | Email re RB response to JK email blast (PS, CK, CH) OHSU_RB 001952-001953 (Dep Ex. 49) | | | |
| 43 | 11/12/15 | KHA email re Bala sheath protocol (Dep Ex. 214) | | | |
| 44 | 11/13/15 | Email w LS, CK, LS and CG re RB response to JK OHSU_RB 002072-002073 (Dep Ex. 86) | | | |
| 45 | 11/13/15 | Strahm meeting notes w Henrikson OHSU_RB 000740A (Dep Ex. 87) | | | |
| 46 | 11/16/15 | Strahm meeting notes w Sue Barton OHSU_RB 000733-000737 (Dep Ex. 88) | | | |
| 47 | 11/17/15 | Bardon email to CH re Bala and male doctors OHSU_RB 002207 (Dep Ex. 55) | | | |
| 48 | 11/18/15 | Strahm meeting notes w Bob Shangraw OHSU_RB 000738A-000739 (Dep Ex. 89) | | | |
| 49 | 11/19/15 | Strahm meeting notes w Olga OHSU_RB 000732 (Dep Ex. 90) | | | |
| 50 | 11/19/15 | Emails re people ganging up on Bala" OHSU_RB 001861-001862 (Dep Ex. 56, 91) | | | |
| 51 | 11/20/15 | Email re Kirsch email blast OHSU_RB 001856-001858 (Dep Ex. 57, 92) | | | |
| 52 | 11/20/15 | Email re Kirsch investigation findings OHSU_RB 001468 (Dep Ex. 93) | | | |
| 53 | 11/25/15 | Email re Bala anesthesiology probation OHSU_RB 000730 (Dep Ex. 59) | | | |
| 54 | 11/25/15 | Strahm meeting notes of meeting w Henrikson, Cigarroa re Kirsch blast OHSU_RB 000731 (Dep Ex. 94) | | | |
| 55 | 12/2/15 | Email re plan to get Bala back in lab/probation OHSU_RB 000727-000729 (Dep Ex. 60) | | | |
| 56 | 12/2/15 | Email re meeting on 12/2 OHSU_RB 001464-001465 (Dep Ex. 96) | | | |
| 57 | 12/2/15 | Strahm notes of meeting w Bala on 12/2 OHSU_RB 000719 (Dep Ex. 97) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 58 | 12/4/15 | Email re investigating PEP OHSU_RB 001449-001454 (Dep Ex. 98) | | | |
| 59 | 12/8/15 | Email btw CH and JK re old notes of meeting with KH, JW and TM OHSU_RB 002200-002201 (Dep Ex. 182) | | | |
| 60 | 12/9/15 | Email from PS to JC, CH re plan to get RB back in lab/probation OHSU_RB 001846-001847 (Dep Ex. 62) | | | |
| 61 | 12/9/15 | PS email to staff on case re probation steps OHSU_RB 001915-001916 (Dep Ex. 63, 100) | | | |
| 62 | 12/9/15 | RB and LS email re PEP and lack of investigation re patient safety complaints OHSU_RB 001447-001448 (Dep Ex. 99) | | | |
| 63 | 12/10/15 | Email from RB to Henrikson OHSU_RB 002162-002163 (Dep Ex. 18, 64) | | | |
| 64 | 12/10/15 | Email from JW to CH re draft of notes of old meeting with KH, JW and TM OHSU_RB 001672-001673 (Dep Ex. 183) | | | |
| 65 | 12/10/15 | December Summary Notes from Oct nurse EP Discussion OHSU_RB 001673-001674 (Dep Ex. 20) | | | |
| 66 | 12/13/15 | RB email to LS opposing probation OHSU_RB 000725-000726 (Dep Ex. 65, 66) | | | |
| 67 | 12/15/15 | LS meeting notes on meeting w CH and RB OHSU_RB 000718 (Dep Ex. 103) | | | |
| 68 | 12/21/15 | Email w LS re coach for RB OHSU_RB 002067 (Dep Ex. 104) | | | |
| 69 | 1/5/16 | Email from RB to SK re meeting and PIP (Dep Ex. 196) | | | |
| 70 | 1/8/16 | LS meeting notes re Chuck "asks" for RB (Dep Ex. 105) | | | |
| 71 | 1/13/16 | LS meeting notes re RB "asks" of CH OHSU_RB 000689-000690 (Dep Ex. 106) | | | |
| 72 | 1/14/16 | RB Aggregate Evaluation Report OHSU_RB 002044-001745 (Dep Ex. 101) | | | |

Page 5 – PLAINTIFF'S EXHIBIT LIST

MATTHEW C ELLIS, PC
1500 SW First Avenue, Ste 1000
Portland, Oregon 97201
Telephone: (503) 345-5497

| | | | | | |
|---|---|---|---|---|---|
| 73 | 1/23/16 | RB email to LS re removal of PEP OHSU_RB 001625-001626 (Dep Ex. 107) | | | |
| 74 | 1/24/16 | RB nice email to Manish and Darpan OHSU_RB 001624 (Dep Ex. 108) | | | |
| 75 | 1/27/16 | CH and LS email re Karen Paladino and RB issues OHSU_RB 002198-002199 (Dep Ex. 186) | | | |
| 76 | 2/3/16 | LS meeting notes w RB and CH OHSU_RB 003841-003842 (Dep Ex. 109) | | | |
| 77 | 2/5/16 | RB and LS email re Angela OHSU_RB 002080 (Dep Ex. 110) | | | |
| 78 | 2/6/16 | RB and LS email re Angela OHSU_RB 002158-002159 (Dep Ex. 111) | | | |
| 79 | 2/6/16 | RB and LS email re Karen Paladino OHSU_RB 002160-002161 (Dep Ex. 112) | | | |
| 80 | 2/24/16 | LS meeting notes re Rupa meeting OHSU_RB 003845 (Dep Ex. 113) | | | |
| 81 | 2/25/16 | LS meeting notes re CH meeting OHSU_RB 003849 (Dep Ex. 114) | | | |
| 82 | 3/3/16 | KP email to LS re JC and "old professionalism concerns" OHSU_RB 002078-002079 (Dep Ex. 117) | | | |
| 83 | 3/15/16 | Group email re removing PEP OHSU-RB 002117 (Dep Ex. 118) | | | |
| 84 | 3/20/16 | CH, JC and LS email re removing PEP and selecting coach OHSU_RB 002114-002115 (Dep Ex. 119) | | | |
| 85 | 3/21/16 | PEP changes to Coaching doc OHSU_RB 003856-003857 (Dep Ex. 120) | | | |
| 86 | 4/2016 | LS notes of meeting w SK, JC, RB and CH re coaching document OHSU_RB 03852-003855 (Dep Ex. 122) | | | |
| 87 | 4/15/16 | LS notes of meeting w CH re RB OHSU_RB 000688 (Dep Ex. 187) | | | |
| 88 | 4/15/16 | KHA email to CH re Julie complaint re Bala (Dep Ex. 215) | | | |
| 89 | 4/27/16 | LS notes of meeting w CH re non-renewal for RB OHSU_RB 000687 (Dep Ex. 121) | | | |

Page 6 – PLAINTIFF'S EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 90 | 4/29/16 | CH email with HR re short contract for RB OHSU_RB 001836 (Dep Ex. 123) | | | |
| 91 | 5/2/16 | LS meeting notes re RB and CH OHSU_RB 000685-000686 (Dep Ex. 124) | | | |
| 92 | 5/3/16 | LS email to HR re RB contract renewal OHSU_RB 002085 (Dep Ex. 125) | | | |
| 93 | 5/4/16 | Bala and LS email re Julie (Dep Ex. 216) | | | |
| 94 | 5/8/16 | CH email to SK, LS and JC re terminal contract OHSU_RB 001835 (Dep Ex. 126) | | | |
| 95 | 5/11/16 | LS email to HR re "full one year renewal" OHSU_RB 002084 (Dep Ex. 127) | | | |
| 96 | 5/11/16 | LS notes of RB and CH meeting re non-renewal OHSU_RB 000683 (Dep Ex. 128) | | | |
| 97 | 5/18/16 | LS notes of RB meeting re Coach OHSU_RB 000681 (Dep Ex. 129) | | | |
| 98 | 5/18/16 | LS of meeting w CH re RB OHSU_RB 000680 (Dep Ex. 130) | | | |
| 99 | 5/26/16 | Email re improvements after Bala PSI (Dep Ex. 230) | | | |
| 100 | 6/3/16 | HR email to RB re renewal OHSU_RB 001519-001520 (Dep Ex. 172) | | | |
| 101 | 6/8/16 | LS notes of RB and CH meeting OHSU_RB 000679A (Dep Ex. 131) | | | |
| 102 | 6/13/16 | LS email w coach re "bad cultural fit" OHSU_RB 002195-002196 (Dep Ex. 132) | | | |
| 103 | 6/14/16 | LS and RB email re Angela issue OHSU_RB 002145-002148 (Dep Ex. 133) | | | |
| 104 | 6/14/16 | RB email to LS re issue w Angela OHSU_RB 000673-000674 (Dep Ex. 185) | | | |
| 105 | 6/15/16 | LS notes of meeting w Angela (date unknown) OHSU_RB 000665-000668 (Dep Ex. 134) | | | |
| 106 | 7/1/16 | Richardson Letter for Promotion OHSU_RB 000010 (Dep Ex. 8) | | | |
| 107 | 7/1/16 | Kaul Letter re Salary Increase OHSU_RB 000099 (Dep Ex. 9) | | | |

Page 7 – PLAINTIFF'S EXHIBIT LIST

MATTHEW C ELLIS, PC
1500 SW First Avenue, Ste 1000
Portland, Oregon 97201
Telephone: (503) 345-5497

| | | | | | |
|---|---|---|---|---|---|
| 108 | 7/2016 | Misc meeting notes of Sharon Anderson OHSU_RB 000811-000824 (Dep Ex. 171) | | | |
| 109 | 7/2/16 | Email to PS re probation email OHSU_RB 002269-002270 (Dep Ex. 68, 135) | | | |
| 110 | 7/28/16 | Email to LS re stereotypes OHSU_RB 002138 (Dep Ex. 136) | | | |
| 111 | 7/29/16 | RB email to KHA re error by radiation tech (Dep Ex. 217) | | | |
| 112 | 8/8/16 | Email RB to Kaul and Stram re "special treatment" OHSU_RB 000659 (Dep Ex. 10, 70) | | | |
| 113 | 8/12/16 | Email re Holling Incident (Dep Ex. 197) | | | |
| 114 | 8/24/16 | CH and LS email re Holling OHSU_RB 000661-000662 (Dep Ex. 138) | | | |
| 115 | 8/25/16 | LS notes re investigation into Holling issue (date is est.) OHSU_RB 000652-000653 (Dep Ex. 139) | | | |
| 116 | 9/20/16 | RB email to KHA re family during VT storm (Dep Ex. 218) | | | |
| 117 | 10/2016 | LS notes OHSU_RB 000684 (Dep Ex. 188) | | | |
| 118 | 10/12/16 | LS notes re investigation into Holling issue (Mehta and Clark) OHSU_RB 000645-000649 (Dep Ex. 140) | | | |
| 119 | 10/13/16 | LS notes re investigation into Holling issue (Tuan Mai) OHSU_RB 000640-000641 (Dep Ex. 141) | | | |
| 120 | 10/21/16 | LS notes re investigation into Holling issue (Julie Kelley) OHSU_RB 000642A-000644A (Dep Ex. 142) | | | |
| 121 | 10/25/16 | Email from LS to RB re escalating concerns to Anderson (Dep Ex. 209) | | | |
| 122 | 10/27/16 | LS notes re RB quality of care complaint re coding issue RB 000638-000639 (Dep Ex. 143) | | | |
| 123 | 10/28/16 | LS notes re meeting w CH re RB quality of care complaint re coding issue OHSU_RB 000636 (Dep Ex. 144) | | | |
| 124 | 11/10/16 | PSI (Dep Ex. 226) | | | |

Page 8 – PLAINTIFF'S EXHIBIT LIST

MATTHEW C ELLIS, PC
1500 SW First Avenue, Ste 1000
Portland, Oregon 97201
Telephone: (503) 345-5497

| # | Date | Description | | | |
|---|---|---|---|---|---|
| 125 | 11/10/16 | Email btw RB and CH re PSI (Dep Ex. 232) | | | |
| 126 | 11/11/16 | RB patient care complaint re device preparation (Dep Ex. 219) | | | |
| 127 | 11/20/16 | Anderson notes of meeting re Bala (Dep Ex. 198) | | | |
| 128 | 12/6/16 | RB email to KHA and CH re staffing and quality of care (Dep Ex. 222) | | | |
| 129 | 12/8/16 | Email RB to Richard Potney re sheath prepping BALA 1074-1075 (Dep Ex. 71) | | | |
| 130 | 12/9/16 | Email re third PSI incident (Dep Ex. 223) | | | |
| 131 | 12/10/16 | RB email to CH, SA, SK, LS and others re poor training and quality of care OHSU_RB 001557-001558 (Dep Ex. 145) | | | |
| 132 | 12/10/16 | Email from CG re Bala QC concern re air embolism (Dep Ex. 210) | | | |
| 133 | 12/11/16 | Email from RB to SA re "critical safety concerns" (Dep Ex. 211) | | | |
| 134 | 12/11/16 | PSI (Dep Ex. 227) | | | |
| 135 | 12/11/16 | PSI (Dep Ex. 228) | | | |
| 136 | 12/20/16 | Kaul email to Bala re Job Posting at Brown (Dep Ex. 199) | | | |
| 137 | 12/26/16 | RB email with Davis BALA 00520 (Dep Ex. 31) | | | |
| 138 | 12/28/16 | Email re addl concern re Alicia (Dep Ex. 224) | | | |
| 139 | 1/1/17 | Notes of QC and PSI issues OHSU_RB 002316-002323 (Dep Ex. 189) | | | |
| 140 | 1/11/17 | Email between CK and LS re others re poor training and quality of care OHSU_RB 001691-001692 (Dep Ex. 147) | | | |
| 141 | 1/12/17 | Text w LS and CK re RB meeting OHSU_RB 001418-001419 (Dep Ex. 148) | | | |
| 142 | 2/13/17 | Email btw LS and CK re PSI re VT Storm incident OHSU_RB 002095-002096 (Dep Ex. 149) | | | |
| 143 | 2/13/17 | Email btw LS, CK and RB re CK follow up to issues OHSU_RB 001690 (Dep Ex. 150) | | | |

Page 9 – PLAINTIFF'S EXHIBIT LIST

MATTHEW C ELLIS, PC
1500 SW First Avenue, Ste 1000
Portland, Oregon 97201
Telephone: (503) 345-5497

| | | | | | |
|---|---|---|---|---|---|
| 144 | 2/15/17 | Email btw CK, JC and RB re quality care OHSU_RB 002183-002185 (Dep Ex. 151) | | | |
| 145 | 2/26/17 | Email btw RB, LS and CH re resignation OHSU_RB 000626-000628 (Dep Ex. 152) | | | |
| 146 | 3/9/17 | Bala email re different treatment (Dep Ex. 200) | | | |
| 147 | 3/13/17 | Email from Strahm re clinic expectations OHSU_RB 002119-002123 (Dep Ex. 17, 154) | | | |
| 148 | 3/24/17 | Lund Report article on 2017 faculty survey w link to Dep Ex 159 BALA 00621-00622 (Dep Ex. 158) | | | |
| 149 | 3/9/17 | 2017 Faculty Survey Presentation BALA 00562-00586 (Dep Ex. 159) | | | |
| 150 | 3/31/17 | Tom Clark apology email to RB OHSU_RB 000876 (Dep Ex. 156) | | | |
| 151 | 3/31/17 | Email w KH and CH re Tom Clark interaction OHSU_RB 000880-000881(Dep Ex. 157) | | | |
| 152 | 5/22/17 | E-mail from JK and Zahr re Culture of Safety OHSU_RB 001896-001899 (Dep Ex. 12) | | | |
| 153 | 5/23/17 | Email from RB to KH and CH re filing a PSI for staffing safety issue BALA 00596-00600 (Dep Ex. 72) | | | |
| 154 | 5/23/17 | Email from RB to Chris Swide re PSI / reporting bleeding BALA 1225-1226 (Dep Ex. 73) | | | |
| 155 | 5/24/17 | Email from JK re Rupa "does not listen" OHSU_RB 002276-002279 (Dep Ex. 74) | | | |
| 156 | 9/9/17 | Virginia Mason job info VIRGINIAMASON 000030-000036 (Dep Ex. 174) | | | |
| 157 | 11/2/17 | Email from RB to Jai re job positions BALA 000019-000021 (Dep Ex. 29) | | | |
| 158 | 12/26/17 | RB email with Davis re behavior BALA 00522 (Dep Ex. 32) | | | |
| 159 | 1/26/18 | LS interview of Gary Greenburg OHSU_RB 002356-002362 (Dep Ex. 160) | | | |
| 160 | 1/30/18 | LS Closure memo of Gary Greenburg OHSU_RB 002367-002370 (Dep Ex. 161) | | | |

Page 10 – PLAINTIFF'S EXHIBIT LIST

| # | Date | Description | | | |
|---|---|---|---|---|---|
| 161 | 5/18/18 | Email re low morale and Bala lawsuit (Dep Ex. 203) | | | |
| 162 | 5/25/18 | Email from SK to CH and JS re lawsuit filed (Dep Ex. 201) | | | |
| 163 | 7/18/18 | Lund Report re demotion of JK (Dep Ex. 75) | | | |
| 164 | Undated | Notes re Kirsch 1 (Dep Ex. 234) | | | |
| 165 | Undated | Notes re Kirsch 2 (Dep Ex. 235) | | | |
| 166 | Undated | Notes re Kirsch 3 (Dep Ex. 236) | | | |
| 167 | 8/1/18 | Forbes email to Anderson re PSI code of conduct violation re Kirsch (Dep Ex. 233) | | | |
| 168 | 2/13/19 | John Ma investigation report (Dep Ex. 206) | | | |
| 169 | 7/17/19 | Article – what's going on at OHSU?, Medium website by Charlie McHenry; David Robinson quoted in article (Dep Ex. 207) | | | |
| 170 | 7/2019 | Banner HR Doc *(disputed relevance)* | | | |
| 171 | 7/24/19 | Rebuttal to final warning, BANNER 000146-000172 (Dep Ex. 25) *(disputed relevance)* | | | |
| 172 | misc | CH text messages OHSU_RB 002106-002113 (Dep Ex. 173) | | | |
| 173 | 8/31/15 | CH Text w Paladino | | | |
| 174 | 10/23/15 | CH Texts w Stecker 1 | | | |
| 175 | 11/20/15 | CH Texts w Stecker 2 | | | |
| 176 | 11/13/15 | CH Texts w Cigarroa | | | |
| 177 | 10/28/16 | CH Texts w Clarke | | | |
| 178 | 9/12/17 | CH Texts w Rebekah | | | |
| 179 | 11/15/17 | CH Text w Dewland | | | |
| 180 | 12/7/17 | CH Texts w Clarke | | | |
| 181 | 5/22/18 | CH Text w Jim | | | |
| 182 | 9/1/18 | CH Text w Paladino | | | |
| 183 | 12/9/21 | OHSU Press release re Covington Report | | | |
| 184 | 12/9/21 | Covington Report | | | |
| 185 | 9/15/23 | Dr. Peter Glick PHD Report, | | | |
| 186 | 6/29/21 | Dr. Molly Carnes MD Report | | | |
| 187 | 10/27/23 | Broten Report | | | |
| 188 | 10/27/23 | Tables from Ex 187 – Broten Report | | | |
| 189 | 12/14/23 | Broten Rebuttal Report | | | |
| 190 | 12/14/23 | Tables from Ex 189 – Broten Rebuttal Report | | | |
| 191 | 2/18/24 | Broten Supplemental Report | | | |

Page 11 – PLAINTIFF'S EXHIBIT LIST

MATTHEW C ELLIS, PC
1500 SW First Avenue, Ste 1000
Portland, Oregon 97201
Telephone: (503) 345-5497

| | | | | | |
|---|---|---|---|---|---|
| 192 | 2/18/24 | Tables from Ex 189 – Broten Rebuttal Report | | | |
| 193 | 11/1/23 | Ostrofe Report | | | |
| 194 | 11/1/23 | Tables from Ex 193 – Ostrofe Report | | | |
| 195 | 1/10/24 | Ostrofe Supplemental Report | | | |
| 196 | 1/10/24 | Tables from Ex 195 – Ostrofe Supplemental Report | | | |
| 197 | 1/28/24 | Ostrofe Second Supplemental Report | | | |
| 198 | 1/28/24 | Tables from Ex 197 – Ostrofe Second Supplemental Report | | | |
| 199 | 12/15/23 | Glusman Rebuttal Report | | | |
| 200 | 12/15/23 | Table 1 from Ex 199 – Glusman Rebuttal Report | | | |
| 201 | 12/15/23 | Table 2 from Ex 199 – Glusman Rebuttal Report | | | |
| 202 | 12/15/23 | Chart from Ex 199 – Glusman Rebuttal Report | | | |
| 203 | 1/18/2024 | Glusman Supplemental and Rebuttal Report | | | |
| 204 | 1/18/24 | Table from Ex 203 - Glusman Supplemental and Rebuttal Report | | | |
| 205 | 1/18/24 | Addl Tables from Ex 203 - Glusman Supplemental and Rebuttal Report | | | |
| 206 | 2022 | Bala CV | | | |
| 207 | 2020 | Banner Contract (BANNER 1-21) | | | |
| 208 | 2/8/21 | UHS contract (BALA 2674-2691) | | | |
| 209 | 8/6/21 | UHS contract (BALA 2692-2722) | | | |
| 210 | 10/14/22 | Citrus Offer Letter (BALA 2727) | | | |
| 211 | 10/26/22 | Citrus Contract BALA 2728-2744) | | | |
| 212 | 12/13/23 | Contract renewal letter (BALA 2922-2923) | | | |
| 213 | 12/17/23 | Citrus email re production forecast (BALA 3078-3081) | | | |
| 214 | 1/26/24 | Citrus Paystub (BALA 3178) | | | |
| 215 | 2015-2024 | W2 and 1099 Forms 2015-2023 | | | |
| 216 | Undated | Summary of 759 pages of mitigation documents | | | |
| 217 | 8/22/2022 | Recruiter Email | | | |
| 218 | 1/2016-1/2020 | Jan 16-Jan 20 job search (BALA 1-109) (109 pages) | | | |
| 219 | 2/2020-6/2020 | Feb 20-Jun 20 job search (BALA 1600-1671) (72 pages) | | | |
| 220 | 8/2020-11/2020 | Aug 20-Nov 20 Job search (BALA 1871-2027) (157 pages) | | | |

Page 12 – PLAINTIFF'S EXHIBIT LIST

MATTHEW C ELLIS, PC
1500 SW First Avenue, Ste 1000
Portland, Oregon 97201
Telephone:  (503) 345-5497

| 221 | 12/2020 | Dec 20 job search (BALA 2028-2150) (119 pages) | | | |
| 222 | 1/21-2/21 | Jan 21 – Feb 21 Job Search (BALA 2151-2260) (114 pages) | | | |
| 223 | 6/21-10/22 | June 21- Oct 22 job search (BALA 2298-2439) (188 pages) | | | |

DATED this 11th Day of March, 2024

        s/Matthew C. Ellis
Matthew C. Ellis, OSB #075800
Matthew C. Ellis, PC
1500 SW First Avenue, Ste 1000
Portland, Oregon 97201
Ph: 503-345-5497
matthew@employmentlawpdx.com

Attorney for Plaintiff