BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
ANDREA H. THOMPSON, OSB No. 084923
andrea.thompson@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com
MEGAN S. BRADFORD, OSB No. 222711
megan.bradford@stoel.com
STOEL RIVES
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

      Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DR. RUPA BALA,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, an Oregon public corporation; DR. CHARLES HENRIKSON, an individual; DR. JOAQUIN CIGARROA, an individual,<br><br>    Defendants. | Case No.: 3:18-CV-00850-HZ<br><br>**DEFENDANTS' EXHIBIT LIST** |

Defendants Oregon Health and Science University ("OHSU"), Dr. Charles Henrikson, and Dr. Joaquin Cigarroa (collectively "Defendants") submit the following list of trial exhibits[1]:

---

[1] Many of the exhibits below contain documents subject to the parties' stipulated protective order in this case.

Page 1   -   DEFENDANTS' EXHIBIT LIST

| Exhibit # | Date | Description | Preadmitted | Offered | Received |
|---|---|---|---|---|---|
| 501 | | Photos of Cath lab | | | |
| 502 | 1/2/2017 | Audio recording of OHSU transfer center call between plaintiff and Kevin Ochoa | | | |
| 503 | 1/7/2017 | Audio recording of OHSU transfer center call between plaintiff and Anthony Ferroggiaro | | | |
| 504 | | OHSU Code of Conduct | | | |
| 505 | 4/9/2013 | OHSU Policy: Faculty Appointments | | | |
| 506 | | Plaintiff's curriculum vitae when hired at OHSU | | | |
| 507 | | Plaintiff's updated curriculum vitae | | | |
| 508 | 7/16/2014 | OHSU offer letter to plaintiff | | | |
| 509 | 1/5/2015 | OHSU Clinician Employment Agreement with plaintiff | | | |
| 510 | 2/13/2015 | Email from Charles Henrikson to Greg Lampros re plaintiff's ideas for clinic | | | |
| 511 | 2/17 - 2/18/2015 | Emails between plaintiff, Eric Stecker and Charles Henrikson re scheduling difficulties | | | |
| 512 | 3/9 - 3/11/2015 | Emails between plaintiff and Charles Henrikson re inventory change recommendations | | | |
| 513 | 3/17 - 3/18/2015 | Emails between plaintiff and Christopher Turner re lab staff teaching | | | |
| 514 | 3/17 - 3/18/2015 | Emails between plaintiff and Charles Henrikson re sheath protocols | | | |
| 515 | 3/31 - 4/1/2015 | Emails between plaintiff and Charles Henrikson re lab sheath protocol | | | |
| 516 | 4/16/2015 | Email from Charles Henrikson to plaintiff, Eric Stecker, and Thomas Dewland re EP retreat | | | |
| 517 | 5/2 - 5/4/2015 | Emails between plaintiff and Charles Henrikson re EP staffing issues | | | |
| 518 | 5/3 - 5/4/2015 | Emails and attachments from Jennifer Lapin to plaintiff re summary report of teaching evaluations from University of Pennsylvania | | | |
| 519 | 5/22/2015 | OHSU letter to plaintiff re extension of academic appointment | | | |
| 520 | 7/11/2015 | Email and attachment from Charles | | | |

Page 2   -   DEFENDANTS' EXHIBIT LIST

| Exhibit # | Date | Description | Preadmitted | Offered | Received |
|---|---|---|---|---|---|
| | | Henrikson to nursing leadership re new lab protocol | | | |
| 521 | 8/12/2015 | Email between Kathy Heitman-Allen and Judi Workman re complaints about plaintiff's treatment of Medtronic Sales Rep | | | |
| 522 | 8/19/2015 | Email from Stephen Robinson to Charles Henrikson re feedback about plaintiff | | | |
| 523 | 8/21/2015 | Emails between plaintiff and Tom Clark re working at OHSU | | | |
| 524 | 8/31/2015 | Notes from Charles Henrikson re meeting with plaintiff | | | |
| 525 | 9/8/2015 | Emails between Stephen Robinson, Jeffrey Kirsch, and Izumi Harukuni re request to not be assigned to plaintiff's cases | | | |
| 526 | 9/13/2015 | Emails between plaintiff and Charles Henrikson re device setup and prep | | | |
| 527 | 9/17/2015 | Notes from Joaquin Cigarroa re meeting with plaintiff about professionalism with fellows | | | |
| 528 | 9/17/2015 | Email from Lidija McGrath to Joaquin Cigarroa, Albert Camacho, and Charles Henrikson re incidents involving plaintiff on consult service | | | |
| 529 | 9/17/2015 | Email between Tuan Mai and Joaquin Cigarroa re interaction with plaintiff | | | |
| 530 | 9/17/2015 | Emails between plaintiff and Rachel White re meeting about sheath protocol | | | |
| 531 | 10/1 - 10/6/2015 | Emails between Sanjiv Kaul, Linda Strahm, and Charles Henrikson re performance expectations and plaintiff's contract | | | |
| 532 | 10/7/2015 | Notes from meeting between Charles Henrikson, Judi Workman, Kathy Heitman-Allen, Tara Menon, and plaintiff re plaintiff's performance | | | |
| 533 | 10/9/2015 | OHSU Performance Expectations Plan re plaintiff | | | |
| 534 | 11/1/2015 | Email and attachment from plaintiff | | | |

Page 3   -   DEFENDANTS' EXHIBIT LIST

| Exhibit # | Date | Description | Preadmitted | Offered | Received |
|---|---|---|---|---|---|
| | | re response to Performance Expectations Plan | | | |
| 535 | 11/8/2015 | Email from Denise Delehant to Jennifer Packer re plaintiff's interactions with emergency transport staff | | | |
| 536 | 11/12/2015 | Email from Jeffrey Kirsch to plaintiff re complaints about plaintiff from anesthesiology staff | | | |
| 537 | 11/12/2015 | Email from Sanjiv Kaul to Charles Henrikson re complaints about plaintiff from anesthesiology staff | | | |
| 538 | 11/12/2015 | Emails between Sanjiv Kaul, Charles Henrikson, and Joaquin Cigarroa re Jeffrey Kirsch's email to plaintiff | | | |
| 539 | 11/12/2015 | Emails between Jeffrey Kirsch, Charles Kilo, and Joaquin Cigarroa re Jeffrey Kirsch's email to plaintiff | | | |
| 540 | 11/12/2015 | Emails between plaintiff and Charles Henrikson re Jeffrey Kirsch's email to plaintiff | | | |
| 541 | 11/13/2015 | Email from Andrew Young to Jeffrey Kirsch re concerns about plaintiff's intraoperative behavior | | | |
| 542 | 11/13 - 11/16/2015 | Emails between Jeffrey Kirsch and Michael Tom re complaints about plaintiff from anesthesiology staff | | | |
| 543 | 11/17/2015 | Email from Susan Bardon to Charles Henrikson re interaction with plaintiff | | | |
| 544 | 11/19 - 11/20/2015 | Emails between Joaquin Cigarroa and plaintiff re meeting with Linda Strahm about investigation into complaints | | | |
| 545 | 11/12 - 11/30/2015 | Emails between Michael Tom and plaintiff re meeting with Linda Strahm to discuss complaints | | | |
| 546 | 11/12 - 12/1/2015 | Emails between Linda Strahm, Michael Tom, and plaintiff re meeting between Linda Strahm and plaintiff to discuss complaints | | | |
| 547 | 11/30 - 12/4/2015 | Emails and attachment from plaintiff to OHSU re University of Pennsylvania teaching evaluations | | | |

Page 4   -   DEFENDANTS' EXHIBIT LIST

| Exhibit # | Date | Description | Preadmitted | Offered | Received |
|---|---|---|---|---|---|
| 548 | 11/25 - 12/5/2015 | Emails between Chuck Henrikson, Linda Strahm, and Anesthesiology leadership re plaintiff's procedures with anesthesia team | | | |
| 549 | 12/9/2015 | Email from Peter Schulman to Emily Baird and Elizabeth Olivera re procedure with plaintiff | | | |
| 550 | 12/17/2015 | OHSU student evaluations of plaintiff | | | |
| 551 | 1/8/2016 | Notes re Charles Henrikson's requests of plaintiff | | | |
| 552 | | Notes re plaintiff's requests of Charles Henrikson | | | |
| 553 | 1/25 - 1/28/2016 | Emails between Linda Strahm, Charles Henrikson, and Karen Paladino re interaction with plaintiff | | | |
| 554 | 2/23/2016 | Email from Rachel White to Kathy Heitman-Allen with 7/15/15 KCVI Arrythmia CQI Charter Final | | | |
| 555 | 3/15/2016 | Emails between Joaquin Cigarroa, Charles Henrikson, and Sanjiv Kaul re changing Performance Expectations Plan to coaching letter | | | |
| 556 | 3/15 - 3/20/2016 | Emails between Linda Strahm, Charles Henrikson, and Joaquin Cigarroa re communication to plaintiff about coaching | | | |
| 557 | 3/21/2016 | Coaching letter re plaintiff | | | |
| 558 | 4/15/2016 | Email from Kathy Heitman-Allen to Charles Henrikson and Judi Workman re several complaints about plaintiff | | | |
| 559 | 5/1/2016 | Notes from Charles Henrikson re events involving plaintiff in January and April | | | |
| 560 | 5/4/2016 | Email from plaintiff to Linda Strahm re update on incident involving Julie Kelly | | | |
| 561 | 5/8/2016 | Email from Charles Henrikson to Sanjiv Kaul re plaintiff's performance and contract | | | |
| 562 | 5/12/2016 | Emails between plaintiff and Charles Henrikson re instructions for | | | |

Page 5   -   DEFENDANTS' EXHIBIT LIST

122648490.2 0027345-00065

| Exhibit # | Date | Description | Preadmitted | Offered | Received |
|---|---|---|---|---|---|
| | | procedures | | | |
| 563 | 7/1/2016 | Letter to plaintiff re salary and incentives | | | |
| 564 | 7/6 - 7/11/2016 | Emails between plaintiff and Linda Strahm re meetings and coach | | | |
| 565 | 8/12/2016 | Email from Kathy Heitman-Allen to Charles Henrikson re complaints about plaintiff during procedure | | | |
| 566 | 8/24/2016 | Emails between Charles Henrikson and Linda Strahm re complaints about plaintiff during procedure | | | |
| 567 | 9/15/2016 | Email from Christopher Turner to Kathy Heitman-Allen re report re procedure with plaintiff | | | |
| 568 | 10/25/2016 | Handwritten notes from Alan Lee Brown re procedure with plaintiff | | | |
| 569 | 10/25/2016 | Email from Linda Strahm to plaintiff re completed investigation and plan to escalate plaintiff's concern re patient incident | | | |
| 570 | 11/6/2016 | Email from plaintiff to Dartmouth-Hitchcock Medical Center re plaintiff's application for employment | | | |
| 571 | 11/10/2016 | Emails between Alan Lee Brown, Kathy Heitman-Allen, and Charles Henrikson re plaintiff's behavior during procedures | | | |
| 572 | 11/10 - 11/11/2016 | Emails between plaintiff, Charles Henrikson, and Clayton Allen re staffing issues | | | |
| 573 | 11/16 – 11/17/2016 | Emails between plaintiff and Charles Henrikson re clinic concerns | | | |
| 574 | 12/2/2016 | Memo re Cath Lab Event Review | | | |
| 575 | 12/9 - 12/10/2016 | Emails between plaintiff, Charles Henrikson, and Kathy Heitman-Allen re incidents in lab | | | |
| 576 | 12/10/2016 | Email from Joaquin Cigarroa to Eric Stecker re review of potential patient safety incident | | | |
| 577 | 12/6 - 12/11/2016 | Emails between plaintiff and Kathy Heitman-Allen re lab safety and staffing issues, forwarded to Sharon | | | |

Page 6  -   DEFENDANTS' EXHIBIT LIST

| Exhibit # | Date | Description | Preadmitted | Offered | Received |
|---|---|---|---|---|---|
| | | Anderson | | | |
| 578 | 12/20/2016 | Email from Sanjiv Kaul to plaintiff forwarding email re open position | | | |
| 579 | 1/3 - 1/5/2017 | Emails between Linda Strahm and Charles Kilo re cardiology consult call between plaintiff and Kevin Ochoa | | | |
| 580 | 1/5 - 1/8/2017 | Emails between plaintiff, Charles Henrikson, and Babak Nazer re draft notification criteria | | | |
| 581 | 2/13/2017 | Email from Charles Kilo to plaintiff re plaintiff's communication | | | |
| 582 | 2/13 - 2/14/2017 | Emails between plaintiff and Linda Strahm re meeting with Charles Kilo and filing PSI report | | | |
| 583 | 3/3/2017 | Email from plaintiff to Linda Strahm re unemployment | | | |
| 584 | 3/8 - 3/13/2017 | Emails from plaintiff to Linda Strahm re PAS process and contacting AAEO | | | |
| 585 | 3/24 - 3/26/2017 | Emails between Eric Stecker and Kathy Heitman-Allen re EP team member onboarding/training | | | |
| 586 | 8/8 - 8/16/2017 | Emails between plaintiff and University of North Carolina colleague re open faculty position | | | |
| 587 | 9/4/2017 | Email from plaintiff to University of Rochester college re EP faculty position | | | |
| 588 | 11/20/2017 | Emails between plaintiff to Doctor's Choice Placement Services re job opportunities | | | |
| 589 | 11/20/2017 | Email between plaintiff and SourceMD re job opportunities | | | |
| 590 | 11/25/2017 | Email from plaintiff to Pete Weiss re potential open job position | | | |
| 591 | 11/28/2017 | Email between plaintiff and PracticeLink re job opportunities | | | |
| 592 | 11/30/2017 | Email between plaintiff and Riverside Health System re job opportunities | | | |
| 593 | 3/28/2018 | Physician Employment Agreement between Banner and plaintiff | | | |

Page 7   -   DEFENDANTS' EXHIBIT LIST

122648490.2 0027345-00065

| Exhibit # | Date | Description | Preadmitted | Offered | Received |
|---|---|---|---|---|---|
| 594 | 6/11/2019 | Email and attachment from Nancy Sweitzer to plaintiff re Documented Verbal Discussion and Request a Coach forms | | | |
| 595 | 6/11/2019 | Banner Documented Verbal Discussion | | | |
| 596 | 1/17/2020 | Letter from Banner re Notice of Termination of Physician Employment Agreement | | | |
| 597 | 2/19 - 2/29/2020 | Emails between plaintiff and Everett Clinic re plaintiff's application and references | | | |
| 598 | 10/20/2020 | Email from plaintiff to Francis Marchlinski re Dr. Hakan Oral reference | | | |
| 599 | 2/8/2021 | Employment Agreement between United Medical Associates PC and plaintiff | | | |
| 600 | 8/6/2021 | Employment Agreement between United Medical Associates PC and plaintiff | | | |
| 601 | 2/11/2022 | Email from plaintiff to Afzal Rehman re resignation from UHS | | | |
| 602 | 4/27 - 5/2/2022 | Emails between plaintiff and University of Wisconsin recruiter re application for position, discussing lawsuit | | | |
| 603 | 5/11 - 5/12/2022 | Emails between plaintiff and University of Buffalo recruiter re EP position | | | |
| 604 | 10/14/2022 | Citrus Cardiology offer letter to plaintiff | | | |
| 605 | 10/26/2022 | Physician Services Employment Agreement between Citrus Cardiology and plaintiff | | | |
| 606 | 10/24 - 10/26/2023 | Emails between Nora Ostrofe and plaintiff re Citrus Cardiology compensation and benefits | | | |
| 607 | 12/13/2023 | Letter from Citrus Cardiology to plaintiff re automatic renewal of employment agreement and productivity compensation | | | |
| 608 | 12/13 - | Emails between plaintiff and Jerry | | | |

Page 8   -   DEFENDANTS' EXHIBIT LIST

122648490.2 0027345-00065

| Exhibit # | Date | Description | Preadmitted | Offered | Received |
|---|---|---|---|---|---|
| | 12/17/2023 | Deloach re 2024 contract and productivity model | | | |
| 609 | 2015-2017 | OHSU compensation report re plaintiff | | | |
| 610 | 2017-2019 | OHSU Retirement Account Summary re plaintiff | | | |
| 611 | 2018-2020 | Banner Payroll Report re plaintiff | | | |
| 612 | | Practice Link dashboard for plaintiff | | | |
| 613 | | Summary of Plaintiff's Maximum Lost Earnings | | | |
| 614 | | Physician Compensation Benchmark Comparison | | | |
| 615 | | Projected Total Compensation and Benefits (2017 to 2043) | | | |

DATED: March 11, 2024.    STOEL RIVES LLP

　　　　　　　　　　　　　　　　*s/ Brenda K. Baumgart*
BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
ANDREA H. THOMPSON, OSB No. 08493
andrea.thompson@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com
MEGAN S. BRADFORD, OSB No. 222711
megan.bradford@stoel.com
Telephone: 503.224.3380

Attorneys for Defendants

Page 9   -   DEFENDANTS' EXHIBIT LIST

122648490.2 0027345-00065