BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
ANDREA H. THOMPSON, OSB No. 084923
andrea.thompson@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com
MEGAN S. BRADFORD, OSB No. 222711
megan.bradford@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DR. RUPA BALA,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, an Oregon public corporation; DR. CHARLES HENRIKSON, an individual; DR. JOAQUIN CIGARROA, an individual,<br><br>    Defendants. | No.: 3:18-CV-00850-HZ<br><br>**DECLARATION OF MEGAN S. BRADFORD IN SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDE EXPERTS** |

I, Megan S. Bradford, declare and state as follows:

1.     I am an attorney at Stoel Rives LLP, and I am one of the attorneys of record for Oregon Health and Science University, Dr. Charles Henrikson and Dr. Joaquin Cigarroa (collectively "Defendants"). I make this declaration in support of Defendants' Motion to Exclude Experts.

Page 1  -  DECLARATION OF MEGAN S. BRADFORD IN SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDE EXPERTS

2. Attached as **Exhibit 1** is a true and accurate copy of the expert report authored by Dr. Peter Glick.

3. Attached as **Exhibit 2** is a true and accurate copy of Dr. Glick's deposition.

4. Attached as **Exhibit 3** is a true and accurate copy of the expert report authored by Dr. Molly Carnes.

5. Attached as **Exhibit 4** is a true and accurate copy of Dr. Carnes's deposition.

6. Attached as **Exhibit 5** is a true and accurate copy of the expert report authored by Lisa Broten.

7. Attached as **Exhibit 6** is a true and accurate copy of Ms. Broten's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 19, 2024    STOEL RIVES LLP

   *s/ Megan S. Bradford*
MEGAN S. BRADFORD, OSB No. 222711
megan.bradford@stoel.com
Telephone: 503.224.3380

Attorney for Defendants

Page 2 - DECLARATION OF MEGAN S. BRADFORD IN SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDE EXPERTS