**MATTHEW C. ELLIS, OSB No. 075800**
matthew@employmentlawpdx.com
**Matthew C. Ellis, PC**
1500 SW 1st Avenue, Suite 1000
Portland, Oregon 97201
Telephone: 503/345-5407

**STEPHEN L. BRISCHETTO, OSB No. 781564**
slb@brischettolaw.com
1500 SW 1st Avenue, Suite 1000
Portland, Oregon 97201
Telephone:  503 223-5814

Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DR. RUPA BALA**,<br><br>            Plaintiff,<br><br>    v.<br><br>**OREGON HEALTH AND SCIENCE UNIVERSITY, an Oregon public corporation; DR. CHARLES HENRIKSON, an individual; DR. JOAQUIN CIGARROA, an individual.**<br><br>            Defendants. | **CASE NO. 3:18-CV-00850-HZ**<br><br>PLAINTIFF'S UNOPPOSED MOTION TO SUBMIT AMENDED MOTIONS IN LIMINE AND DAUBERT MOTIONS |

Plaintiff filed her Motions in Limine (Dkt#215) and Daubert Motions (Dkt#213) on March 19, 2024.  At the time of filing Plaintiff neglected to insert certificates of compliance with LR 7-1(a)(2) in the first paragraph of the Motions.   Plaintiff moves the Court for leave to submit amended Motions adding the certificate of compliance.  The amended motions are filed contemporaneously with this unopposed motion.  There are no other changes to the Motions.  Plaintiff's counsel has conferred with Defense counsel and is authorized to represent that Defendants' counsel does not oppose this Motion.

**Page 1 – PLAINTIFF'S UNOPPOSED MOTION**

Dated this 20th day of March, 2024.

                                        STEPHEN L. BRISCHETTO

                                      /s Stephen L. Brischetto
                                    Stephen L. Brischetto, OSB #78154
                                    Telephone:  (503) 223-5814

                                    Attorneys for Plaintiff

**Page 2 – PLAINTIFF'S UNOPPOSED MOTION**