BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
ANDREA H. THOMPSON, OSB No. 084923
andrea.thompson@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com
MEGAN S. BRADFORD, OSB No. 222711
megan.bradford@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

     Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DR. RUPA BALA,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, an Oregon public corporation; DR. CHARLES HENRIKSON, an individual; DR. JOAQUIN CIGARROA, an individual,<br><br>    Defendants. | Case No.: 3:18-CV-00850-HZ<br><br>**DEFENDANTS' THIRD AMENDED WITNESS LIST** |

    Defendants Oregon Health and Science University ("OHSU"), Dr. Charles Henrikson,

and Dr. Joaquin Cigarroa (collectively, "Defendants") intend to call the following witnesses:

  Page 1  -  DEFENDANTS' THIRD AMENDED WITNESS LIST

1.  Sharon Anderson, M.D.

2.  Rupa Bala, M.D.

3.  Alan Lee Brown

4.  S. Albert Camacho, M.D.

5.  Joaquin Cigarroa, M.D.

6.  Tom Clark

7.  Sandra Cost

8.  Denise Delehant

9.  Izumi Harukuni, M.D.

10. Kathy Heitman-Allen

11. Charles Henrikson, M.D.

12. Leonard J. Henzke

13. Sanjiv Kaul, M.D.

14. Julie Kelly

15. Charles Kilo, M.D.

16. Jeffrey Kirsch, M.D.

17. Angela Krebsbach

18. Lidija McGrath, M.D.

19. Jennifer L. Moody

20. DT North

21. Karen Paladino

22. Jennifer Prager

23. Stephen Robinson, M.D.

Page 2   -   DEFENDANTS' THIRD AMENDED WITNESS LIST

24. Eric Stecker, M.D.

25. Linda Strahm

26. Christopher Turner

27. Judi Workman

28. Custodian of Records

Defendants reserve the right to call additional witnesses to authenticate evidence if

necessary.

DATED:  April 11, 2024.          STOEL RIVES LLP

_/s/ Sophie Shaddy-Farnsworth_
BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
ANDREA H. THOMPSON, OSB No. 08493
andrea.thompson@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com
MEGAN S. BRADFORD, OSB No. 222711
megan.bradford@stoel.com
Telephone:  503.224.3380

Attorneys for Defendants

122989990.2 0027345-00065