IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RUPA BALA,**

Plaintiff,

v.

**OREGON HEALTH & SCIENCE UNIVERSITY, JOAQUIN CIGARROA, AND CHARLES HENRIKSON,**

Defendants.

No. 3:18-cv-00850-HZ

VERDICT FORM - PUNITIVE DAMAGES

We, the jury, unanimously find as follows:

Question 1. Do you award punitive damages against Defendant Henrikson?

　　　　X　 Yes　　　　　　 ___ No

　　　Amount: $ _____50,000_____

Question 2. Do you award punitive damages against Defendant Cigarroa?

　　　　___ Yes　　　　　　 X No

　　　Amount: $ _____

*Bala v. Oregon Health & Science University et al*, 3:18-cv-00850-HZ
JURY VERDICT FORM – PUNITIVE DAMAGES — 1

The Presiding Juror should sign and date this Verdict Form.

DATED this __26__ day of April, 2024

_____
Presiding Juror

*Bala v. Oregon Health & Science University et al*, 3:18-cv-00850-HZ
JURY VERDICT FORM – PUNITIVE DAMAGES — 2