UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DR. RUPA BALA, <br><br>                Plaintiff, <br><br>v. <br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, an Oregon public corporation; DR. CHARLES HENRIKSON, an individual; DR. JOAQUIN CIGARROA, an individual. <br><br>                Defendants. | CASE NO. 3:18-CV-00850-HZ <br><br><br>PROPOSED JUDGMENT |

        This action came on for trial before the Court and a jury, the Honorable Marco A. Hernandez, District Court Judge, presiding, and the issues having been duly tried and the jury having rendered its verdicts on April 26, 2024,

        **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff is awarded damages in the amount of $1,120,000 in lost past wages and benefits and $198,483 in prejudgment interest calculated on the weekly market yield on US Treasury Securities at 1 year Constant Maturity as of April 26, 2024 against defendant Oregon Health and Science University on sex discrimination claims under Title VII of the Civil Rights Act, ORS 659A.030 and 42 USC §1681; and against Dr. Charles Henrikson and Dr. Joaquin Cigarroa on her sex discrimination claims under the Equal Protection clause through 42 USC §1983.

Page 1 – PLAINTIFF'S PROPOSED JUDGMENT

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff is awarded damages in the amount of $2,809,600 in lost future wages and benefits against defendant Oregon Health and Science University on her sex discrimination claims under Title VII of the Civil Rights Act, ORS 659A.030 and 42 USC §1681; and against Dr. Charles Henrikson and Dr. Joaquin Cigarroa on her sex discrimination claims under the Equal Protection clause through 42 USC §1983.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff is awarded damages in the amount of $70,400 for mental and emotional distress against defendant Oregon Health and Science University on her sex discrimination claims under Title VII of the Civil Rights Act and ORS 659A.030; and against Dr. Charles Henrikson and Dr. Joaquin Cigarroa on her sex discrimination claims under the Equal Protection clause through 42 USC §1983.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff is awarded punitive damages in the amount of $50,000 against Dr. Charles Henrikson on sex discrimination claims under the Equal Protection through 42 USC §1983.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant Joaquin Cigarroa is entitled to judgment dismissing claims for punitive damages; that defendant Oregon Health and Science University is entitled to judgment dismissing claims of retaliation under ORS 441.044 and ORS 659A.199, common law wrongful discharge claims and, claims of sex discrimination under the Equal Protection clause through 42 USC §1983; and all defendants are entitled to judgment dismissing claims of discrimination based upon race including claims for violation of 42 USC §1981.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff is the prevailing party

entitled to an award of costs and attorney fees to be determined pursuant to Rule 54(d).

DATED: this ___ day of _____, 2024.

 

_____
Hon. Marco A. Hernandez

**Page 3 – PLAINTIFF'S PROPOSED JUDGMENT**

**Page 4 –**