UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

DR. RUPA BALA,

          Plaintiff,

      v.

OREGON HEALTH AND SCIENCE
UNIVERSITY, an Oregon public corporation;
DR. CHARLES HENRIKSON, an individual;
DR. JOAQUIN CIGARROA, an individual.

          Defendants.

CASE NO. 3:18-CV-00850-HZ

PROPOSED JUDGMENT

This action having been initiated with the filing of a Complaint on May 15, 2018; and the Court having determined certain claims as a matter of law upon defendants' motions for summary judgment and for directed verdict; and remaining matters having been decided on appeal or tried to a jury before the Honorable Marco A. Hernández, District Court Judge, presiding; and the jury having rendered its verdict on April 26, 2024;

1.     **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff is awarded damages in the amount of $1,120,000 in lost past wages and benefits and $198,483 in prejudgment interest calculated on the weekly market yield on US Treasury Securities at 1 year Constant Maturity as of April 26, 2024 against defendant Oregon Health and Science University on her sex discrimination claims under Title VII of the Civil Rights Act, ORS 659A.030 and 42

**Page 1 – PROPOSED JUDGMENT**

U.S.C. § 1681; and against Dr. Charles Henrikson and Dr. Joaquin Cigarroa on her sex

discrimination claims under 42 U.S.C. §1983.

2.      **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff is awarded

damages in the amount of $2,809,600 in lost future wages and benefits against defendant Oregon

Health and Science University on her sex discrimination claims under Title VII of the Civil

Rights Act, ORS 659A.030, and 42 U.S.C. § 1681; and against Dr. Charles Henrikson and Dr.

Joaquin Cigarroa on her sex discrimination claims under 42 U.S.C. § 1983.

3.      **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff is awarded

damages in the amount of $70,400 for mental and emotional distress against defendant Oregon

Health and Science University on her sex discrimination claims under Title VII of the Civil

Rights Act and ORS 659A.030; and against Dr. Charles Henrikson and Dr. Joaquin Cigarroa on

her sex discrimination claims under 42 U.S.C. § 1983.

4.      **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff is awarded

punitive damages in the amount of $50,000 against Dr. Charles Henrikson on her sex

discrimination claim under 42 U.S.C. § 1983.

5.      **IT IS FURTHER ORDERED AND ADJUDGED** that Dr. Joaquin Cigarroa is

entitled to judgment dismissing plaintiff's claims for punitive damages; for plaintiff's combined

race and sex discrimination claims under 42 U.S.C. § 1983; and for plaintiff's race

discrimination claim under 42 U.S.C. § 1981.

6.      **IT IS FURTHER ORDERED AND ADJUDGED** that Dr. Charles Henrikson is

entitled to judgment dismissing plaintiff's combined race and sex discrimination claims under 42

U.S.C. § 1983; and for plaintiff's race discrimination claim under 42 U.S.C. § 1981.

**Page 2 – PROPOSED JUDGMENT**
123239444.3 0027345-00065

7.      **IT IS FURTHER ORDERED AND ADJUDGED** that Oregon Health and Science University is entitled to judgment dismissing plaintiff's sex discrimination and combined race and sex discrimination claims under 42 U.S.C. § 1983; for plaintiff's race discrimination claim under 42 U.S.C. § 1981; for plaintiff's retaliation claim under ORS 441.044; for plaintiff's retaliation claims under ORS 659A.199; for plaintiff's retaliation and combined sex and race discrimination claims under ORS 659A.030; for plaintiff's claims for violation of Title VII of the Civil Rights Act for discrimination based on combined race and sex and retaliation; and for plaintiff's wrongful discharge claim.

8.      **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff is the prevailing party with respect to claims referenced in paragraphs 1–4; that Dr. Joaquin Cigarroa is the prevailing party with respect to claims referenced in paragraph 5; that Dr. Charles Henrikson is the prevailing party with respect to claims referenced in paragraph 6; and that Oregon Health and Science University is the prevailing party with respect to claims referenced in paragraph 7.

DATED:  this ___ day of _____, 2024.

_____
Hon. Marco A. Hernández

**Page 3 – PROPOSED JUDGMENT**
123239444.3 0027345-00065